UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROCKIES EXPRESS PIPELINE LLC, )<br>)<br>　　Plaintiff, )<br>)<br>　vs. )<br>)<br>MISSOURI PIPELINE COMPANY LLC, et al., )<br>)<br>　　Defendants. ) | Case No. 2:08CV00032AGF |

**ORDER**

The Court having been advised that the parties have scheduled a mediation conference for Thursday, September 4, 2008, the Court hereby, sua sponte, extends the deadline for filing post-hearing briefs until **Monday, September 8, 2008**. The Court expresses its gratitude to the parties for agreeing in good faith to mediate the dispute, and for arranging the mediation on such short notice.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　AUDREY G. FLEISSIG
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of September, 2008.